JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAE SUN CHUNG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF NEW YORK MELLON CORPORATION, an American worldwide banking and financial service holding company commonly known as BNY Mellon; NEWREZ LLC, a Delaware corporation doing business as SHELLPOINT MORTGAGE SERVICING; MTC FINANCIAL INC., a Delaware corporation doing business as TRUSTEE CORPS; AUCTION.COM, INC, a California corporation doing business as AUCTION.COM; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 8:22-cv-01650-MCS-ADS<br><br>**JUDGMENT** |

1

Pursuant to the Court's Order Re: Motions to Dismiss, it is ordered, adjudged, and decreed that judgment is entered in favor of Defendants Bank of New York Mellon Corporation, NewRez LLC, MTC Financial Inc., and Auction.com, Inc., and against Plaintiff Jae Sun Chung. The case is dismissed without prejudice insofar as Plaintiff lacks constitutional standing and with prejudice in all other respects. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: February 21, 2023

*Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE